IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:18cr18-KS-MTP

GREGORY GRAFTON PARKER

**FINAL ORDER OF FORFEITURE**

Before the Court, is the United States of America's Unopposed Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, Defendant, **GREGORY GRAFTON PARKER,** has agreed to forfeit **$300,000.00 DOLLARS IN THE FORM OF A MONEY JUDGMENT**, pursuant to the terms of Defendant's plea agreement and plea supplement; and

WHEREAS, no ancillary hearing is required since the forfeiture provides for a money judgment; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a **$300,000.00 money judgment,** is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c); and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that this order will be enrolled in all appropriate Judgment Rolls.

SO ORDERED, this, the 21st day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE